UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| SHANNON DANIELS, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 3:11-CV-178-PPS-CAN |
| H.H. GREGG APPLIANCES, INC., d/b/a hhgregg, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

This matter is before the Court on the parties' joint stipulation of dismissal with prejudice [DE 8]. The record shows that the defendant H.H. Gregg has not filed an answer or motion for summary judgment. Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) is therefore proper. The stipulated dismissal [DE 8] is therefore **GRANTED** and plaintiff Daniels' case is **DISMISSED WITH PREJUDICE,** without an award of costs or attorneys' fees to either of the parties. The Court instructs the Clerk of the Court to **TERMINATE** this case.

**SO ORDERED.**

ENTERED: June 22, 2011

s/ Philip P. Simon
PHILIP P. SIMON, CHIEF JUDGE
UNITED STATES DISTRICT COURT