

UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Shannon Daniels            )
Plaintiff(s)               )
V.                         )    Civil Action No.  3:11cv178
HH Greg Appliances Inc d/b/a hhbregg  )
Defendant(s)               )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____ .

☐ other: _____

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Philip P Simon  on a motion for  dismissal.  The case is dismissed with prejudice without an award of costs or attorney's fees to either of the parties pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Date    June 22, 2011

*CLERK OF COURT*

s/KSchwenk

*Signature of Clerk or Deputy Clerk*